UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM RICHARD HAMILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC.;<br>SANTANDER BANK, N.A.,<br><br>    Defendants. | ) Case No: 1:20-cv-04431-CM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2020

**MEMO ENDORSED**

## MOTION FOR LEAVE TO SEAL EXHIBIT 1 TO PLAINTIFF'S COMPLAINT

Plaintiff William R. Hamilton, through undersigned counsel, hereby moves this Court for an Order sealing Exhibit 1 in order to protect Plaintiff's personal information.

Plaintiff initially filed his Complaint *pro se*, without knowledge of how to seal documents or whether documents should be sealed. Plaintiff attached Exhibit 1 to his Complaint to demonstrate the errors on his credit report made by the Defendants. Plaintiff's Exhibit 1 is an unredacted copy of his complete credit file with Early Warning. The credit file contains Plaintiff's personal information including his date of birth, social security number, account numbers and financial information. Plaintiff moves the Court to seal this document in order to protect Plaintiff's privacy interests, and avoid the possibility of additional instances of identity theft.

Dated: June 22, 2020

                                                          Respectfully Submitted,

                                                          /S/ Daniel Zemel, Esq.

Daniel Zemel (DZ9899)
Elizabeth Apostola (EA1116)
**Zemel Law LLC**
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
 (P) (862) 227-3106
dz@zemellawllc.com
ea@zemellawllc.com
Attorneys for Plaintiff

Application GRANTED. The Clerk of Court is respectfully directed to restrict the viewing level for docket entry 2 to the parties only.

SO ORDERED.          Date: 07/01/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE